[No. 9835–7–I.  Division One.  August 2, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. STEFAN JAY PADVORAC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04759–7, H. Joseph Coleman, J., entered January 16, 1981. *Reversed* and *remanded* by unpublished

opinion per Swanson, J., concurred in by Callow, J., James, J., dissenting.